BASCHAB, Judge,
concurring in the result.
The majority properly concludes that the appellant’s ineffective-assistance-of- *531 counsel claims are procedurally barred. Nevertheless, it then proceeds to discuss the merits of one of the appellant’s ineffective-assistance claims and to conclude that, “[h]ad this issue not been procedurally barred we would be compelled to grant relief and order a new sentencing hearing.” 9 So.3d at 522. Because the appellant’s ineffective-assistance claims are procedurally barred, this discussion and conclusion are inappropriate and are nothing more than unnecessary dicta. Instead, we should simply state that the appellant’s ineffective-assistance claims are procedurally barred. Accordingly, I respectfully concur in the result.